UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Case No. |
| Plaintiff-Respondent, | ) | 5:12-cr-29-JMH-REW |
| | ) | |
| v. | ) | Civil Case No. |
| | ) | 5:16-cv-316-JMH-REW |
| ALLISON RENEE GILLISPIE, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | **MEMORANDUM OPINION & ORDER** |
| | ) | |

\*\*\*

This matter is before the Court upon the Recommended Disposition of United States Magistrate Judge Robert E. Wier [DE 128], wherein he recommends that Defendant-Petitioner Allison Renee Gillispie's Motion to Vacate under 28 U.S.C. § 2255 [DE 126] be construed as a Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(2). As noted in the Recommended Disposition, Gollispie seeks a sentence reduction based on U.S.S.G. Amendment 794. Such relief is properly pursued by filing a motion under 18 U.S.C. § 3582(c)(2), not 28 U.S.C. § 2255. *United States v. Jones*, 143 F. App'x 527, 527 (4th Cir. 2005). Judge Wier further recommends that Defendant Gillispie's construed § 3582 motion be denied because Amendment 794 is not specifically enumerated in U.S.S.G. § 1B1.10. *United States v. Goodloe*, 388 F. App'x 500, 506 (6th Cir. 2010). Therefore, the Amendment cannot be applied on resentencing under § 3582. *Id.*

Generally, a judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations made by the magistrate judge. 28 U.S.C. § 636. However, when the petitioner fails to file any objections to the Report and Recommendation, as in the case *sub judice*, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Consequently, and in the absence of any objections from Gillispie, this Court adopts the well-articulated and detailed reasoning set forth in the Recommended Disposition as its own.

Accordingly, **IT IS ORDERED** as follows:

(1) United States Magistrate Judge Robert E. Wier's Recommended Disposition [DE 128] is hereby **ADOPTED IN FULL** as the findings of fact and conclusions of law of the Court;

(2) Defendant-Petitioner Allison Renee Gillispie's Motion to Vacate under 28 U.S.C. § 2255 [DE 126] is hereby **DENIED**;

(3) Defendant-Petitioner Allison Renee Gillispie's Motion to Vacate under 28 U.S.C. § 2255 [DE 126]is hereby **CONSTRUED** as a Motion for Sentence Reduction under 18 U.S.C. § 3582; and

(4) Defendant Gillispie's construed Motion for Sentence Reduction under 18 U.S.C. § 3582 [DE 126] is hereby **DENIED**.

This the 26th day of September, 2016.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge